**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01464-ZLW

ORESTE PEDROSA,

        Applicant,

v.

RICHARD SMELSER, Warden,

        Respondent.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

        This matter is before the Court on Applicant's "Register of Actions Combined with Request for a Certified Copy of the Order Dismissing the Aforementioned Without Prejudice" (Doc. No. 8) filed on February 23, 2011.  Applicant's request is GRANTED.

        The Clerk of the Court is directed to mail to Applicant, together with a copy of this Minute Order, a Docket Report and the Order of Dismissal and Judgment (Doc. Nos. 6 & 7) entered on August 12, 2009.

Dated:  February 25, 2011

---